**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**MICHELLE DRIVER and**
**RICHARD DRIVER**                                                        **PLAINTIFFS**

**VS.**                                        **CIVIL ACTION NO. 4:26-CV-67-JDM-JMV**

**LIBERTY MUTUAL INSURANCE COMPANY**                              **DEFENDANTS**

**ORDER STAYING CASE**

Local Uniform Civil Rule 16(b)(1)(B) provides that filing a motion to remand "will stay the attorney conference and disclosure requirements and all discovery not relevant to the remand or referral issue and will stay the parties' obligation to make disclosures pending the court's ruling on the motions." Plaintiffs Michelle Driver and Richard Driver filed a pro se motion to remand this matter back to state court. [Doc. 13].

Accordingly, staying the aforementioned proceedings is appropriate.

IT IS, THEREFORE, ORDERED AND ADJUDGED that pursuant to L.U. Civ. R. 16(b)(1), the aforementioned proceedings are hereby **STAYED** pending the Court's ruling on the motion to remand. [Doc. 13].

**SO ORDERED AND ADJUDGED**, this the 5th day of June, 2026.

/s/ Jane M. Virden

**UNITED STATES MAGISTRATE JUDGE**