# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**MICHELLE DRIVER and**
**RICHARD DRIVER**                                                                **PLAINTIFFS**

**V.**                                                      **CAUSE NUMBER: 4:26-cv-00067-JDM-JMV**

**LIBERTY MUTUAL INSURANCE COMPANY**                          **DEFENDANT**


## FINAL JUDGMENT

Before the Court is pro se Plaintiffs Michelle and Richard Driver's Motion for Voluntary Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(2). [30] The Drivers indicate that health concerns and travel difficulties would make prosecuting their lawsuit without a lawyer unduly burdensome. They also understand that dismissal with prejudice operates as a final dismissal of all their claims. The Court finds the motion is well-taken.

**THEREFORE, IT IS ORDERED** that the Motion for Voluntary Dismissal [30] is **GRANTED**.

All the Drivers' claims against Liberty Mutual are **DISMISSED with prejudice**.

This **CASE is CLOSED**.

**SO ORDERED**, this the 12th day of August, 2026.


       /s/ James D. Maxwell, II
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI